IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

LIFESTYLE IMPROVEMENT
CENTERS, LLC d/b/a POSITIVE
CHANGES HYPNOSIS CENTERS,
    Plaintiff,

v.

VIRGINIA INEZ FOX, et al.,
    Defendants.

Case No. 2:08-CV-201
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Terence P. Kemp

## ORDER

The parties in this case filed a Status Report and Motion to Stay Proceedings pending completion of a Settlement Agreement. In the filing, the parties state that they have agreed on the terms of a settlement but need additional time to complete the agreement in order to visit Defendants' business in the State of California. The trip is to be completed in mid-June 2008. Accordingly, the parties seek a stay of proceedings until June 17, 2008.

The motion (**Doc. #9**) is well-taken and is **GRANTED**. This action is hereby **STAYED** until June 17, 2008. Any currently scheduled conferences are **VACATED**. The parties shall file an Entry of Dismissal sometime before the stay expires or shall seek a continuance of the stay.

**IT IS SO ORDERED.**

4-15-2008
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE