IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| LIFESTYLE IMPROVEMENT CENTERS, LLC D/B/A POSITIVE CHANGES HYPNOSIS CENTERS,<br>Plaintiff,<br><br>v.<br><br>VIRGINIA INEZ FOX, ET AL.<br><br>Defendants. | CASE NO: 2:08cv201<br><br>JUDGE SARGUS, JR.<br><br>MAGISTRATE JUDGE KEMP |

## STIPULATED ORDER OF DISMISSAL

Pursuant to Rule 41 of the Federal Rules of Civil Procedure and the Settlement Agreement entered into between Plaintiff Lifestyle Improvement Centers, LLC d/b/a Positive Changes Hypnosis Centers ("Plaintiff") and Defendants Virginia Inez Fox and Positive Changes Hypnosis of Escondido ("Defendants") and for good cause shown, Plaintiff and Defendants hereby agree to the dismissal of this lawsuit with prejudice subject to the terms of the Settlement Agreement between the parties dated June 9, 2008. Pursuant to the terms of the Settlement Agreement, and for good cause shown, it is hereby **ORDERED, ADJUDGED AND DECREED**, that:

(1) This lawsuit is dismissed with prejudice; and

(2) The Parties shall bear their own costs incurred in this lawsuit, including, without limitation, attorneys' fees.

**IT IS SO ORDERED.**

6-26-2008
EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE

Col - 126366.1

**AGREED AND APPROVED:**

/s/ Kerry R. Green
Marc J. Kessler (0059236)
Kerry R. Green (0075174)
Hahn Loeser + Parks LLP
65 State Street, Suite 1400
Columbus, OH 43215
Telephone: (614) 221-0240
Facsimile: (614) 221-5909
E-mail: mkessler@hahnlaw.com
  kgreen@hahnlaw.com

and

Glenn F. Alban, Esq.
Alban & Carlson, LLP
7100 N. High Street, Suite 102
Worthington, OH 43085
Telephone: (614) 340-4044
Facsimile: (614) 340-4042
  E-mail: galban@albanandcarlson.com

*Attorneys for Plaintiff*
*LIFESTYLE IMPROVEMENT CENTERS, LLC*
*D/B/A POSITIVE CHANGES HYPNOSIS CENTERS*

/s/ Virginia I. Fox/ per authority
Virginia Inez Fox
6751 San Miguel Avenue
Lemon Grove, CA 91945

And

Positive Changes Hypnosis of Escondido
120 West Grand Avenue, #204
Escondido, CA 92025

*Defendants*

2

Col - 126366.1